IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SANTOS RIVERA, <br><br> Plaintiff, <br><br> v. <br><br> TORO CONCRETE, INC., *et al.*, <br><br> Defendants. | NO. 1:13-CV-1153 LMB/IDD |

### PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES

COMES NOW Plaintiff Santos Rivera, by and through undersigned counsel, and moves for an award of attorneys' fees and litigation expenses, pursuant to the Fair Labor Standards Act and this Court's order of February 21, 2014. In support of this Motion, Plaintiff refers this Court to his Memorandum of Points and Authorities and supporting exhibits.

DATE: March 6, 2014

By

/s/ Edward Gonzalez
Edward Gonzalez
Virginia Bar # 39882
Law Office of Edward Gonzalez, PC
2405 I Street, NW, Suite 1-A
Washington, D.C. 20037
Telephone: (202) 822-4970
Email: eg@money-law.com

*Counsel for Plaintiff*

and

        /s/ Matthew B. Kaplan
Matthew B. Kaplan
Virginia Bar # 51027
The Kaplan Law Firm
509 N Jefferson St
Arlington, VA 22205
Telephone: (703)665-9529
Email: mbkaplan@thekaplanlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, the foregoing document (including any attachments) was filed and served via the Court's ECF system to all Parties who have appeared in this matter.

    /s/Edward Gonzalez

Date:  March 6, 2014