# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### *Alexandria Division*

SANTOS RIVERA,

    Plaintiff,

v.                 NO. 1:13-CV-1153 LMB/IDD

TORO CONCRETE, INC., *et al.*,

    Defendants.

**[Proposed] Order Awarding Attorneys' Fees and Litigation Expenses**

  This matter is before the court on Plaintiff's Motion for an award of attorneys' fees and litigation expenses. It appearing to the Court that this Motion should be granted for the reasons set forth on the record, including in the Motion and the Memorandum in support thereof,

Ordered, that

Plaintiff is awarded attorneys' fees in the amount of $_____.

Plaintiff is awarded litigation expenses in the amount of $_____.

                     _____
                     Judge