IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SANTOS C. RIVERA, | ) |
| Plaintiff, | ) |
| v. | ) 1:13cv1153 (LMB/IDD) |
| TORO CONCRETE, INC., et al., | ) |
| Defendants. | ) |

<u>ORDER</u>

On March 6, 2014, plaintiff filed a Motion for an Award of Attorneys' Fees and Litigation Expenses [Dkt. No. 19], in which he seeks a total award of $44,768.30. If defendants object to the amount of the award sought, they must file an Opposition explaining their reasons for objecting within fourteen (14) days of the date of this Order. <u>See</u> Local Civil R. 7(F).

Moreover, it is common practice for the Court to resolve motions for attorneys' fees and costs on the pleadings. There being no good reason to depart from that practice in this instance, it is hereby

ORDERED that the hearing currently scheduled for March 28, 2014, be and is CANCELLED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 10 day of March, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge